**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VIRGINIA GODEK, an individual, ) | |
| ) | |
| Plaintiff. ) | |
| ) | |
| v. ) | Case No. 1:16-cv-4993 |
| ) | |
| ILLINOIS DEPARTMENT OF INSURANCE, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S REPLY TO DEFENDANT
ILLINOIS DEPARTMENT OF INSURANCE'S AFFIRMATIVE DEFENSES**

NOW COMES the Plaintiff VIRGINIA GODEK by and through her attorneys, Lavelle Law, Ltd., and for her Reply to Defendant, ILLINOIS DEPARTMENT OF INSURANCE'S Affirmative Defenses to the Complaint, hereby states as follows:

1. At all relevant times, Defendant maintained and followed policies prohibiting discrimination, including policies related to Title VII, and Plaintiff failed to effectively take advantage of Defendant's protective measures outlined within these policies.

ANSWER: Deny.

2. Defendant had legitimate, non-discriminatory reasons for its employment actions concerning Plaintiff.

ANSWER: Deny.

3. Plaintiff's allegations under Title VII are barred to the extent that the conduct alleged did not occur within 300 days of filing of her charge of discrimination.

ANSWER: Deny.

  4. Plaintiff's allegations are barred to the extent they are not like or reasonably related to the allegations contained in her charge of discrimination filed with the EEOC.

  ANSWER: Deny.

  5. Any pay differential in favor of male workers is based on factors other than sex.

  ANSWER: Deny.

  6. Plaintiff's recovery of back pay under the Equal Pay Act, if any, is limited to two years preceding Plaintiff's filing of this lawsuit.

  ANSWER: Deny.

  7. Plaintiff's claim under the Illinois Equal Pay Act of 2003, 802 ILCS 112/1 *et seq.*, is barred by the State Immunity Act, 745 ILCS 5/1 *et seq.*

  ANSWER: Deny.

  WHEREFORE, Plaintiff prays that this Honorable Court deny Defendant, Illinois Department of Insurance's Affirmative Defenses and enter judgment in Plaintiff's favor and against Defendant and for any other relief that this Court deems just and equitable.

          Respectfully Submitted,
          VIRGINIA GODEK

          <u>Heidi A. Kuffel</u>
          One of her Attorneys

Lance C. Ziebell 6298037
Heidi A. Kuffel 6313935
Lavelle Law, Ltd.
501 W. Colfax
Palatine, IL 60067
(847) 705-7555 (T)
lziebell@lavellelaw.com
hkuffel@lavellelaw.com

S:\4751-5000\4861\Pleadings\Reply.Affirmative.Defenses.docx