**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VIRGINIA GODEK, an individual, ) | |
| ) | |
| Plaintiff. ) | |
| ) | |
| v. ) | Case No. 1:16-cv-4993 |
| ) | |
| ILLINOIS DEPARTMENT OF INSURANCE, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR
ENTRY OF A CONFIDENTIALITY ORDER**

NOW COMES the Defendant, ILLINOIS DEPARTMENT OF INSURANCE, by and through its attorney, LISA MADIGAN, Attorney General of Illinois, and for its Unopposed Motion for Entry of a Confidentiality Order, states as follows:

1. In this matter, some discovery requests seek information regarding non-parties, including salary and benefit information. Discovery requests also include a request for income tax returns and other financial information from the Plaintiff. In order to preserve the confidentiality of the information regarding these individuals and the parties, Defendant asks the Court to enter the proposed Confidentiality Order, a copy of which is attached hereto as Exhibit A.

2. Defendant used the Court's Form LR 26.2 Model Confidentiality Order as a template and made changes to that Order for this litigation.

3. A copy of the proposed Confidentiality Order (Exhibit A), without the electronic header, will be provided to the Court with the courtesy copy of this motion and provided to the Court's proposed order electronic mailbox.

4. The undersigned conferred with counsel for Plaintiff regarding the Confidentiality Order. Plaintiff's counsel indicated that he has no objection to entry of the proposed Confidentiality Order attached as Exhibit A.

5. Defendant is also submitting a Word-compatible copy of the proposed Confidentiality Order attached as Exhibit A to the Court's Proposed Order Mailbox, pursuant to the Court's case procedure regarding proposed orders.

**WHEREFORE** Defendant respectfully requests that this Honorable Court enter the proposed Confidentiality Order, and for such further relief the Court deems reasonable and just.

    Respectfully Submitted,
    **DEFENDANT,**
    **ILLINOIS DEPARTMENT OF INSURANCE**

LISA MADIGAN     */s/ Jeffrey Freeman*
Illinois Attorney General     JEFFREY FREEMAN
    Office of the Attorney General
    100 West Randolph Street, 13th Floor
    Chicago, IL 60601
    P: (312) 814-4451
    F: (312) 814-4425
    jfreeman@atg.state.il.us

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on April 7, 2017, he electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system. All participants in the case are registered CM/ECF users who will be served by the CM/ECF system.

                                      /s/    *Jeffrey Freeman*
                                              Jeffrey Freeman